# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿August 10, 2012＿＿

*The Court of Appeals hereby passes the following order:*

**A12A2361.  LANCE CARTER v. FELICIA PEEPLES, et al.**

This case involves a custody dispute between father Lance Carter and the maternal grandparents, Felicia and Randy Peeples.  By order entered February 10, 2012, the trial court awarded custody of the minor child to the Peeples.  Carter filed a motion for reconsideration from this ruling, which the trial court denied on May 30, 2012.  On June 7, 2012, Carter filed a notice of appeal from this ruling.

Carter had the right to appeal the trial court's order awarding custody of his child to the maternal grandparents.  See OCGA § 5-6-34 (a) (11).  To be timely, however, his notice of appeal had to have been filed within 30 days after entry of the custody order. See OCGA § 5-6-38 (a).  Although Carter filed a motion for reconsideration, the filing of such a motion does not extend the time for filing a notice of appeal.  See *Blackwell v. Sutton*, 261 Ga. 284 (404 SE2d 114) (1991). Moreover, a trial court's order denying a motion for reconsideration is not appealable in its own right.  See *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Because Carter failed to file a notice of appeal within 30 days of the date of entry of the appealable order, we lack jurisdiction to consider his appeal, which is therefore DISMISSED.  The appellees have filed a motion to dismiss this appeal, which is GRANTED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 08/10/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*